Daniel Torres BAUTISTA and Yadira
Dominguez De Torres,
Petitioners,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 07–72945.

United States Court of Appeals,
Ninth Circuit.

Submitted May 2, 2011.*

Filed May 5, 2011.

Daniel Torres Bautista, Fullerton, CA,
pro se.

Yadira Dominguez De Torres, Fullerton,
CA, pro se.

OIL, Holly Smith, Esquire, Trial, Linda
S. Wendtland, Esquire, DOJ–U.S. Department
of Justice, Washington, DC, Chief
Counsel Ice, Office of the Chief Counsel,
Department of Homeland Security, San
Francisco, CA, for Respondent.

Before: SILVERMAN, TALLMAN, and
CLIFTON, Circuit Judges.

MEMORANDUM **

Daniel Torres Bautista and Yadira Dominguez
de Torres, husband and wife and
natives and citizens of Mexico, petition for
review of the Board of Immigration Appeals'
("BIA") order denying their motion
to reopen based on ineffective assistance of
counsel. We dismiss the petition for review.

The petition for review is dismissed for
lack of jurisdiction because it was filed out
of time. *See Singh v. INS*, 315 F.3d 1186,
1188 (9th Cir.2003) (noting that the 30–day
time limit for filing is mandatory and jurisdictional,
and begins to run when the BIA
mails its decision to petitioner's counsel of
record).

**PETITION FOR REVIEW DISMISSED.**

* The panel unanimously concludes this case is
  suitable for decision without oral argument.
  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication
   and is not precedent except as provided
   by 9th Cir. R. 36–3.

